United States District Court
for the District of New Jersey

_____ :

**AMERICAN MEDICAL ASSOC., ET AL.**                :
                                                   :
                                                   :   Civil  No. 09-578
                                                   :
            Plaintiff                              :
                                                   :
            vs.                                    :   Order of Reassignment
**CONNECTICUT GENERAL LIFE INSURANCE, ET AL.**
                                                   :
            Defendant                              :
_____   :

It is on this 20th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Stanley R. Chesler.



        S/Garrett E. Brown, Jr.
     Garrett E. Brown, Jr., Chief Judge
     United States District Court